## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

RYAN K. ROZAK

      Plaintiff,

    v.

RANDALL R. HEPP, SCOTT RANDT,
SGT. PAUL, GEORGE COOPER,
DR. LARSON, CARLA GERNETZKE,
and JEREMY BAILEY,

      Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 15-cv-367-jdp

---

This action came before the court and a jury for consideration with District Judge James D. Peterson presiding. The issues have been tried and the jury has rendered its verdict.

---

IT IS ORDERED AND ADJUDGED that judgment is entered:

(1) in favor of defendants Scott Randt and Jeremy Bailey in accordance with the jury's verdict;

(2) denying plaintiff Ryan Rozak leave to proceed and dismissing his claim against defendant Randall R. Hepp; and

(3) granting summary judgment in favor of defendants Sgt. Paul, George Cooper, Dr. Larson, and Carla Gernetzke and dismissing this case.

Approved as to form this _27TH_ day of July, 2018.

_____
James D. Peterson
District Judge

_____
Peter Oppeneer, Clerk of Court

_7/31/18_____
Date